**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-14029-CR-MARTINEZ/MAYNARD**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**VONNE ROLLE,**

    **Defendant.**

_____/

**REPORT AND RECOMMENDATION ON CHANGE OF PLEA**

**THIS CAUSE** comes before me upon an Order of Reference. Having conducted a Change of Plea Hearing, I recommend to the District Court as follows:

1. I convened a hearing to permit the Defendant to change his plea in this criminal case on December 11, 2020. The hearing was convened via video teleconference on the Zoom platform. At the hearing's outset, I advised the Defendant of his right to appear in person for the proceeding. The Defendant acknowledged that he understands that right and, after consultation with counsel, agreed to waive that right and consented to have the hearing conducted through video teleconference. Defendant signed a written Consent to Appear by Videoconference form that will be filed in the record in the case. (DE 29). I reviewed the consent form with the Defendant, confirmed his signature and confirmed his desire to waive his right to appear in person for hearings involving felony pleas under Rule 11 of the Federal Rules of Criminal Procedure and felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure. Having discussed the matter with the Defendant, I find that his waiver of in person appearance and consent to proceed through video teleconference is knowing and voluntary. I also find, pursuant to the CARES Act,

H.R. 788, and the Court's Administrative Orders In re: Coronavirus Public Emergency, that the plea cannot be further delayed without serious harm to the interests of justice.

2. Next, I advised the Defendant of his right to have the District Judge assigned to this case conduct this proceeding. I advised that I was conducting the Change of Plea Hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. I advised that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning the Defendant's sentence, and will schedule and conduct the Sentencing Hearing. I advised the Defendant that he did not have to permit me to conduct this hearing but could request a United States District Judge to conduct the Change of Plea Hearing instead. The Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to have a United States Magistrate Judge conduct the Change of Plea Hearing.

3. I conducted the plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is a written Plea Agreement which has been entered into by the parties in this case. I reviewed that Plea Agreement on the record and had the Defendant acknowledge that he signed the Plea Agreement. (DE 27). The Defendant pleaded guilty to Counts One and Two of the Information, which charge him with bringing aliens in to the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (a)(1)(B)(iii), and aiding and assisting certain aliens to enter the United States, in violation of Title 8, United States Code, Section 1327.

5. The possible maximum penalties were announced on the record. The Defendant acknowledged his understanding of the possible maximum penalties that could be imposed against him in this case. I advised the Defendant of the possibility of the Defendant's deportation after

sentencing as an additional consequence of his guilty plea. The Defendant acknowledged that he and his attorney had discussed his possible deportation based on this offense.

6.    The parties submitted a written Stipulated Factual Proffer, which was signed by counsel for the Government, counsel for the Defendant, and the Defendant.  (DE 28).  The Defendant acknowledged that he has read the Stipulation and discussed it with his attorney.  The Defendant further acknowledged that he completely understands the Stipulation and agreed that it accurately sets forth the facts in his case as he understands them to be.  I find that the Stipulation sets forth all of the essential elements of the crimes to which the Defendant is pleading guilty as well as any sentencing enhancements and/or aggravating factors that may be applicable.

7.    Based on the foregoing and the plea colloquy that I conducted, I find that the Defendant enters his guilty plea freely and voluntarily. I accept his guilty plea and recommend to the District Court that it adjudicate him guilty of Counts One and Two of the Information.

8.    The United States Probation Office will conduct a pre-sentence investigation and will issue a report for sentencing purposes.

**ACCORDINGLY**, this Court recommends to the District Court that the plea cannot be further delayed without serious harm to the interests of justice; that Defendant's plea of guilty to Counts One and Two of the Information be accepted; that the Defendant be adjudicated guilty of the offenses to which he pleads guilty; and that a sentencing hearing be conducted for final disposition of this case.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case.  Pursuant to Federal Rule of Criminal Procedure 59(b)(2), failure to file a timely objection to this Report and Recommendation waives the party's right to

review, and it bars the party from attacking on appeal any legal rulings or fact findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 14th day of December, 2020.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE