UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-14029-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

   Plaintiff,
vs.

VONNE ROLLE,

   Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Shaniek M. Maynard on December 2, 2020. A Report and Recommendation was filed on December 14, 2020, [DE: 30], recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 30] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

   The Defendant is adjudged guilty to Counts One and Two of the Information, which charge him with bringing aliens in to the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (a)(1)(B)(iii), and aiding and assisting certain aliens to enter the United States, in violation of Title 8, United States Code, Section 1327. The Defendant acknowledged that he and his attorney discussed his possible deportation based on this offense.

Sentencing in this matter is set on **Tuesday, March 9, 2021 at 10:00 a.m.,** at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Room #1016, Ft. Pierce, Florida 34950.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of ~~December~~ January, ~~2020~~ 2021.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office